UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Number:** |
| | : | |
| v. | : | **VIOLATION** |
| | : | |
| **PAULINE T. ZOLIK,** | : | **Count One** |
| | : | 18 U.S.C. § 1001 |
| Defendant. | : | (False Statement) |

**INFORMATION**

The United States charges that:

**COUNT ONE**
**18 U.S.C. § 1001 - False Statement**

1. At all times relevant to this information, the defendant, PAULINE T. ZOLIK, was a Master Sergeant in the United States Army stationed in Seoul, Korea.

2. In or about 1996, the defendant and her husband purchased a parcel of real estate located in Cape Coral, Florida.

3. In or about August 2003, the defendant agreed to sell the Cape Coral property for $115,000.

4. The Department of Housing and Urban Development (HUD) was an agency within the executive branch of the United States government. The HUD-1 form was a settlement form used by HUD to provide and track information relating to real estate transactions.

5. HUD required the completion of a HUD-1 form prior to settlement of a real estate transaction involving a federally related mortgage. Among the items required on a HUD-1 form was the contract sales price. Sellers were required to sign the HUD-1 form attesting to its accuracy.

6. The Internal Revenue Service (IRS) was an agency within the executive branch of the

United States government. HUD provided the contract sales price information to the IRS for purposes of calculating federal income tax due on the sale of real estate.

7. In or about August 2004, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant PAULINE T. ZOLIK made a materially false, fictitious, and fraudulent statement, that is, the defendant signed a HUD-1 form stating that the contract sale price of the Cape Coral property was $40,000, when the actual sale price of the property was $115,000.

**All in violation of Title 18, U.S.C. §§ 1001(a)(2), and within the extraterritorial jurisdiction of the United States, pursuant to 18 U.S.C. § 3238.**

EDWARD C. NUCCI
Acting Chief, Public Integrity Section

_____       Date: 24 October 2006
James A. Crowell IV
John P. Pearson
Trial Attorneys
1400 New York Ave., NW, 12th Floor
Washington, DC 20005
(202) 514-1412
james.crowell@usdoj.gov
john.pearson@usdoj.gov