## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-CR-00320-EGS |
| | ) | |
| PAULINE T. ZOLIK | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of John P. Pearson as counsel for the Government in the above-captioned matter.  Accordingly, the Government asks the Court to designate John P. Pearson, along with Trial Attorney James A. Crowell IV, who has already entered his appearance, as lead counsel and attorneys to be noticed for the Government.

Respectfully Submitted,

EDWARD C. NUCCI
Acting Chief, Public Integrity Section

By:    /s/ John P. Pearson
JOHN P. PEARSON
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Washington, DC 20005
(202) 514-1412
John.Pearson@usdoj.gov