UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                                    ) <br> ) <br> PAULINE T. ZOLIK,                    ) <br> ) <br>       Defendant.          ) <br> _____) | Criminal No. 06-320-EGS |

**NOTICE OF APPEARANCE**

COMES NOW the United States of America by and through its undersigned counsel and hereby moves the Court to enter the appearance of Michael Ferrara as counsel for the government in the above-captioned matter. Accordingly, the government asks the Court to designate Michael Ferrara—along with Trial Attorneys James A. Crowell IV and John P. Pearson, who have already entered their appearances—as lead counsel and attorneys to be noticed for the government.

    Respectfully submitted,

    EDWARD C. NUCCI
    Acting Chief


    /s/ Michael Ferrara
    MICHAEL FERRARA
    Trial Attorney
    Public Integrity Section
    Criminal Division
    United States Department of Justice
    1400 New York Avenue NW
    The Bond Building, 12th Floor
    Washington, District of Columbia 20005
    Tel.: 202-305-2593
    Fax: 202-514-3003
    michael.ferrara@usdoj.gov