**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                    Criminal No. 06-320 (EGS)
PAULINE ZOLIK
    Defendant.
_____

**ORDER**

      On **DECEMBER 12, 2006**, the defendant pled guilty to the One Count Information.

    Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **NOVEMBER 20, 2007**; defendant's memorandum of law, if any shall be filed by no later than **NOVEMBER 27, 2007**; the Government's memorandum of law, if any shall be filed by no later than **DECEMBER 4, 2007,** a reply, if any, shall be filed by no later than **DECEMBER 11, 2007**; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **DECEMBER 18, 2007 AT 12:00 P.M.**

    IT IS SO ORDERED.

    DATE: December 12, 2006
                                EMMET G. SULLIVAN
                           UNITED STATES DISTRICT JUDGE