NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:06-cr-00320

**Pauline Zolik**
          (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Solomon L. Wisenberg #464867**
(Attorney & Bar ID Number)

Wisenberg & Wisenberg, PLLC
(Firm Name)

**1711 N Street NW; 2nd Floor**
(Street Address)

**Washington         DC         20036**
(City)              (State)     (Zip)

**202-261-3649**
(Telephone Number)

