UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO. 1:06-cr-00320-EGS |
| PAULINE ZOLIK | § | |

**FILED**
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO APPEAR *PRO HAC VICE*

TO THE HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Pauline Zolik, Defendant, and respectfully files this Motion to Appear *Pro Hac Vice*. In support, Mr. McNabb would show as follows:

### I.

On October 24, 2006, the United States charged Mrs. Zolik in a one count Information, charging false statements in violation of 18 U.S.C. § 1001. Also on this date, a Plea Agreement was filed.

On October 25, 2006, this Honorable Court set Mrs. Zolik's Plea Agreement Hearing for December 12, 2006 at 11:00 AM.

### II.

Douglas C. McNabb, attorney for Defendant, Pauline Zolik, makes this his Motion to Appear *Pro Hac Vice* in all aspects of the criminal case filed against her. Douglas C. McNabb is licensed to practice law in the State of Texas, his bar ID number is 13815400, admitted 5/15/81. Douglas C. McNabb is an attorney of good standing in the Northern, admitted 10/16/91, Eastern, admitted 10/22/91, Western, admitted 11/12/91 and Southern, admitted 12/31/85, Districts of Texas; the Western District of Michigan, admitted 1/15/97, the Northern District of Florida,

admitted 3/6/06, the Central District of Illinois, admitted 6/22/99, the 1st, admitted 3/30/01, 2nd, admitted 6/13/02, 3rd, admitted 1/22/96, 4th, admitted 1/22/96, 5th, admitted 5/24/82, 6th, admitted 1/23/96, 7th, admitted 2/2/96, 8th, admitted 12/2/91, 9th, admitted 12/3/91, 10th, admitted 12/3/91, and 11th, admitted 11/29/9, Circuits of the United States Court of Appeals, and the United States Supreme Court, admitted 4/15/85. Douglas C. McNabb is in good standing in all bars in which he is a member. A certificate of good standing in the Southern District of Texas is attached to this motion as Exhibit "A".

Within the last several years, Mr. McNabb has appeared *pro hac vice* in the following jurisdictions: Baltimore, Maryland; Montgomery, Alabama; Tucson, Arizona; Wilmington, Delaware; Orlando, Florida; West Palm Beach, Florida; Hammond, Indiana; Indianapolis, Indiana; Evansville, Indiana; Brattleboro, Vermont; Davenport, Iowa; New Orleans, Louisiana; Shreveport, Louisiana; Hattiesburg, Mississippi; Jackson, Mississippi; Meridian, Mississippi; St. Louis, Missouri; Charlotte, North Carolina; Statesville, North Carolina; Cincinnati, Ohio; Toledo, Ohio; Clarksville, Tennessee; Memphis, Tennessee; Salt Lake City, Utah; Alexandria, Virginia; Harrisonburg, Virginia and Charleston, West Virginia. In those jurisdictions with local rules requiring local counsel, the courts have, in most cases, granted Mr. McNabb's motion to waive this requirement. Mr. McNabb is also "AV" rated by *Martindale Hubbell*.

### III.

Douglas C. McNabb has read the United States District Court Rules for the District of Columbia. He is familiar with those rules, Titles 18, 21 and 28 of the United States Code, the Federal Rules of Evidence and the Federal Rules of Criminal Procedure, and agrees to be bound by those rules if admitted *pro hac vice* to represent Defendant, Pauline Zolik, in the federal criminal judicial proceeding against her.

**IV.**

Pursuant to Local Criminal Rule 44.1(d), the required declaration, signed by Mr. McNabb, is attached as Exhibit "B."

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, it is respectfully prayed that this Honorable Court will allow Douglas C. McNabb to be admitted *pro hac vice* for the purposes of representing Defendant, Pauline Zolik, in all proceedings in the federal criminal case filed against her.

Respectfully submitted,
McNabb Associates, P.C.

Douglas C. McNabb
JP Morgan Chase Tower
600 Travis Street, Suite 7070
Houston, TX 77002
(713) 237-0011
(713) 227-0223 FAX
mcnabb@mcnabbassociates.com

Attorney For Defendant,
Pauline Zolik

Wisenberg & Wisenberg, PLLC

Solomon L. Wisenberg
D.C. Bar # 464867
1711 N Street N.W., 2nd Floor
Washington, DC 20036
(202) 261-3649

## CERTIFICATE OF SERVICE

      I, Douglas C. McNabb, do hereby certify that on this the 12th day of December, 2006, a true and correct copy of this Motion to Appear Pro Hac Vice was sent via hand-delivery to Trial Attorneys John P. Pearson and James A. Crowell IV, US Department of Justice, 1400 New York Avenue, NW, 12th Floor, Washington, DC 20530.

_____
Douglas C. McNabb
Attorney for Defendant,
Pauline Zolik

**EXHIBIT "A"**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          §
                                  §
SOUTHERN DISTRICT OF TEXAS        §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Douglas C. McNabb**   Bar #1658,   was duly admitted to practice in said Court on   December 31, 1985, and is in good standing as a member of the bar of said Court.

Dated   March 1, 2006   at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Mary Perales, Deputy Clerk



**EXHIBIT "B"**

**Local Criminal Rule 44.1(d) Declaration**

Declarant, Douglas Craig McNabb, hereby certifies the following information required by Local Criminal Rule 44.1(d):

1. **Attorney's Address**:
   McNabb Associates, P.C.
   600 Travis, Suite 7070
   Houston, TX 77002
   713.237.0011

2. **Bar Admissions**:
   Douglas C. McNabb is licensed to practice law in the State of Texas, his bar ID number is 13815400, admitted 5/15/81. Douglas C. McNabb is an attorney of good standing in the Northern, admitted 10/16/91, Eastern, admitted 10/22/91, Western, admitted 11/12/91 and Southern, admitted 12/31/85, Districts of Texas; the Western District of Michigan, admitted 1/15/97, the Northern District of Florida, admitted 3/6/06, the Central District of Illinois, admitted 6/22/99, the 1st, admitted 3/30/01, 2nd, admitted 6/13/02, 3rd, admitted 1/22/96, 4th, admitted 1/22/96, 5th, admitted 5/24/82, 6th, admitted 1/23/96, 7th, admitted 2/2/96, 8th, admitted 12/2/91, 9th, admitted 12/3/91, 10th, admitted 12/3/91, and 11th, admitted 11/29/9, Circuits of the United States Court of Appeals, and the United States Supreme Court, admitted 4/15/85. Douglas C. McNabb is in good standing in all bars in which he is a member.

   Within the last several years, Mr. McNabb has appeared *pro hac vice* in the following jurisdictions: Baltimore, Maryland; Montgomery, Alabama; Tucson, Arizona; Wilmington, Delaware; Orlando, Florida; West Palm Beach, Florida; Hammond, Indiana; Indianapolis, Indiana; Evansville, Indiana; Brattleboro, Vermont; Davenport, Iowa; New Orleans, Louisiana; Shreveport, Louisiana; Hattiesburg, Mississippi; Jackson, Mississippi; Meridian, Mississippi; St. Louis, Missouri; Charlotte, North Carolina; Statesville, North Carolina; Cincinnati, Ohio; Toledo, Ohio; Clarksville, Tennessee; Memphis, Tennessee; Salt Lake City, Utah; Alexandria, Virginia; Harrisonburg, Virginia and Charleston, West Virginia.

3. **Disciplinary Actions**:
   Douglas C. McNabb, has not been disciplined by any bar.

4. **Pro hac vice in This Court:**
   Douglas C. McNabb has not been admitted *pro hac vice* in this Court within the last two years.

5. **Membership:**
   Douglas C. McNabb engages in the practice of law from an office located in the District of Columbia and has an application for membership to the District of Columbia bar and to the bar of this Court pending.

I hereby certify the foregoing to be true.

*/s/ Douglas C. McNabb*

Douglas C. McNabb
600 Travis Street, Suite 700
Houston, TX 77002

Motion to Appear *Pro Hac Vice*—Rule 44.1(d) Declaration
United States v. Zolik, 1:06-cr—00320-EGS
Page 2 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO. 1:06-cr-00320-EGS |
| PAULINE ZOLIK | § | |

### ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Defendant's Motion to Appear *Pro Hac Vice* is GRANTED. It is therefore

ORDERED that Douglas C. McNabb be admitted *pro hac vice* for the purposes of representing Pauline Zolik in all matters concerning the above-referenced case.

SIGNED on this _____ day of _____ 2006.

_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE