UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

Criminal No. 06-320(EGS)

PAULINE ZOLIK
    Defendant

## WAIVER OF INDICTMENT

I, PAULINE ZOLIK the above named defendant, who is accused of _18 USC 1001_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _12-12-06_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Pauline J. Zolik_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment