UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 06-CR-320 |
| PAULINE ZOLIK | § | |

### UNOPPOSED MOTION TO WITHDRAW LOCAL COUNSEL

TO THE HONORABLE EMMET G. SULLIVAN, DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Pauline Zolik, Defendant, and respectfully files an Unopposed Motion To Withdraw Local Counsel. In support, Counsel would show as follows:

**I.**

This motion is based on good cause in that the Defendant has retained McNabb Associates, P.C. as her law firm for the above referenced criminal proceeding. Following the hiring of local counsel for the above referenced case, Mr. McNabb has become a member of this Court. His bar number is TX0041. Additionally, Mr. McNabb has an application to become a member of the District of Columbia Bar pending as of the filing of this motion. Therefore, Mr. McNabb respectfully requests that this Honorable Court relieve his local counsel, Solomon Wisenberg, from any and all further responsibilities.

**II.**

Counsel's office has spoken with Assistant United States John Pearson and Solomon Wisenberg and both are unopposed to this motion.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays this Honorable Court will withdraw his local counsel's notice of appearance and withdraw him from this case.

        Respectfully submitted,
        McNabb Associates, P.C.

        /s/ Douglas C. McNabb
        Douglas C. McNabb
        The Willard Office Building
        1455 Pennsylvania Ave., NW, Suite 400
        Washington, D.C. 20004
        DC Bar No. TX0041
        (202) 349-4015
        (202) 349-1464 FAX
        mcnabb@mcnabbassociates.com

        Attorney For Defendant,
        Pauline Zolik

## CERTIFICATE OF SERVICE

I, Douglas C. McNabb, do hereby certify that on this the 26th day of November 2007, a true and correct copy of an Unopposed Motion To Withdraw Local Counsel was filed electronically and a copy was sent to Pauline Zolik via email.

        /s/ Douglas C. McNabb
        Douglas C. McNabb
        Attorney for Defendant,
        Pauline Zolik

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | CASE NO. 06-CR-320 |
| PAULINE ZOLIK | § | |

**ORDER ON UNOPPOSED MOTION TO WITHDRAW LOCAL COUNSEL**

BE IT REMEMBERED that on this date came on to be heard an Unopposed Motion To Withdraw Local Counsel, and the Court having considered same is of the opinion that this motion should be GRANTED. It is therefore

ORDERED that Solomon Wisenberg is hereby relieved of further responsibility as Pauline Zolik's attorney in the above referenced matter.

SIGNED and ENTERED this _____ day of November, 2007.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE