UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 06-CR-320 |
| PAULINE ZOLIK | § | |

## DEFENDANT'S SENTENCING MEMORANDUM

TO THE HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Pauline Zolik, Defendant, and respectfully files Defendant's Sentencing Memorandum. In support, the defense would show as follows:

## I.
### PROCEDURAL HISTORY

On October 24, 2006, the United States charged Mrs. Zolik in a one count information. Count One charged Mrs. Zolik with False Statements under 18 U.S.C. § 1001. Additionally, a plea agreement was filed on this date.

On December 12, 2006, Mrs. Zolik was arraigned before this Honorable Court, wherein she pleaded guilty to Count One. Also on this date, this Honorable Court scheduled Mrs. Zolik's sentencing hearing to be held on December 18, 2007 at 12:00 PM. An extended sentencing date was scheduled to allow Mrs. Zolik to retire from the military. She is now retired.

## II.
### ISSUES PERTINENT TO SENTENCING

**Factors Which This Honorable Court Must Consider:**

This Honorable Court is respectfully asked to fashion a sentence which would meet all of the requirements of 18 U.S.C. § 3553(a) (2007), which states:

a) **Factors to be considered in imposing a sentence.** The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider--

   (1) the nature and circumstances of the offense and the history and characteristics of the defendant;

   (2) the need for the sentence imposed--

      (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

      (B) to afford adequate deterrence to criminal conduct;

      (C) to protect the public from further crimes of the defendant; and

      (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

   (3) the kinds of sentences available;

   (4) the kinds of sentence and the sentencing range established for--

      (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines--

         (i) issued by the Sentencing Commission pursuant to section 994(a)(1) of title 28, United States Code, subject to any

amendments made to such guidelines by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28); and

    (ii)    that, except as provided in section 3742(g), are in effect on the date the defendant is sentenced; or

    (B)    in the case of a violation of probation or supervised release, the applicable guidelines or policy statements issued by the Sentencing Commission pursuant to section 994(a)(3) of title 28, United States Code, taking into account any amendments made to such guidelines or policy statements by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28);

    (5)    any pertinent policy statement--

    (A)    issued by the Sentencing Commission pursuant to section 994(a)(2) of title 28, United States Code, subject to any amendments made to such policy statement by act of Congress (regardless of whether such amendments have yet

to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28); and

    (B)   that, except as provided in section 3742(g), is in effect on the date the defendant is sentenced.

    (6)   the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

    (7)   the need to provide restitution to any victims of the offense.

## III.
### FACTORS TO BE CONSIDERED UNDER 18 U.S.C. § 3553

Mrs. Zolik is before this Honorable Court, for the first time in her forty years of life, after making an extremely poor decision. Prior to this criminal prosecution, Mrs. Zolik had never had any problems with law enforcement and had established a long and decorated career with the United States Army. While fulfilling her obligations to the United States Army, she always found time for the members of her community, donating her time, resources, and even a kidney, to those less fortunate than herself.

All the good will she has established, however, is threatened by her decision to make a materially false statement. This decision threatens to jeopardize her marriage and her relationships within her community. By fully accepting responsibility for her actions, however, and being sincerely apologetic, Mrs. Zolik is attempting to bring her life and values back into focus.

For reasons which are more fully developed below, it is respectfully requested that Mrs. Zolik be sentenced within the advisory guidelines range to a term of imprisonment of one day, with credit for one day served.

## A. Exemplary Military Service

In April 1987, Pauline Zolik joined the military as a private and quickly rose to the rank of Sergeant in less than two years. This is remarkable due to the fact that only about 5% of the military achieve Sergeant that quickly. As a newly appointed Staff Sergeant, Mrs. Zolik went to Fort Bragg in North Carolina where she was assigned to a Special Operations Command. During this time, she participated in a number of classified missions worldwide. Furthermore, she was sent to Germany where she was a key player in the advanced operations of the Bosnia Conflict. Later, she was assigned to the Pentagon where she oversaw the Army Operations Center Briefing Assignments and was the NCO in charge of the Audio Visual Center. During this period, she directly supported the President, Vice President, Secretary of Defense, Secretary of the Army, and Joint Chiefs when various briefings occurred in the Pentagon. Following her service in the Pentagon, Mrs. Zolik was sent to Korea where she was the senior advisor to the Commanding General and Senior Staff on Visual Information. She also supported Presidential visits, including senior staff, Congressional visits, and dignitary visits.

While selflessly serving her country, Mrs. Zolik has received numerous Presidential Citations, Vice Presidential Citations, Meritorious Achievement Awards, Accommodation Awards, and Achievement Awards. She has also received the Secretary of Defense Coin of Excellence and the Secretary of the Army Coin of Excellence. She was also cited as the best NCOIC in the Pentagon and received a leadership award from the Command Sergeant Major of the Army. Furthermore, Mrs. Zolik received numerous laudatory comments from senior generals and numerous coins of excellence for outstanding performance.

**B.  Exemplary Community Service**

Outside of the United States Army, Mrs. Zolik is a kind hearted generous woman who puts everyone ahead of herself.    She simply believes that it is important to give to others.  This is evident by her recent implementation of a tutoring program called "big sisters" where local mothers help young teenagers who are struggling both at home and school to finish their education.  Currently, Mrs. Zolik is tutoring two young single mothers to help them get their GEDs – one is 17 and the other is 23 with four children.

Additionally, Mrs. Zolik has worked with the Baltimore Pediatric HIV program where a few people would go to hold and love babies who were HIV positive.  She has also volunteered at the Johns Hopkins Hospital HIV Pediatric program.   In addition, while stationed at the Pentagon, Mrs. Zolik, her husband, and kids always cooked turkey and made sandwiches for the homeless, which were given to them at the DC mall on holidays.

In 1995, Mrs. Zolik met and fell in love with Damian Zolik, who she eventually married on July 28, 1995.  They have two children together, Peter and Joseph Zolik, and an adopted child, Hana Zolik, from Korea.  She is looking forward to a long and productive life with her family.

Lastly, if one could ever imagine a perfect stranger being their angel, Mrs. Zolik has made this possible for one lucky individual, Joseph Ha, who is a minister she met by random chance earlier this Spring.  As Mr. Ha stated in his character letter (attached as Exhibit "A"), Mrs. Zolik—after only knowing him one day—was willing to go through a grueling test to see if she would be a match to donate one of her kidneys to this ailing man.  At the time that they met, Mrs. Zolik told him, "I have two and I only need one so if I can help you then I should."  Despite Mr. Ha's disbelief that a perfect stranger would be willing to do this, he was pleasantly surprised

when Mrs. Zolik went through the entire test procedure and then the surgery, to give him a new life.

## C.  Low Likelihood of Recidivism

This Honorable Court is respectfully urged to consider 18 U.S.C. § 3553(a) in an effort to impose a sentence "sufficient, but not greater than necessary."  Section 3553(a)(2)(C) requires Courts to consider the need "to protect the public from further crimes of the defendant."  18 U.S.C. § 3553(a)(2)(C) (2007).  As this Honorable Court is aware, Mrs. Zolik is currently 40 years old and has no criminal history whatsoever.  Mrs. Zolik respectfully urges this Honorable Court to consider how the Sentencing Commission concluded that "[r]ecidivism rates decline relatively consistently as his age increases."  U.S. SENTENCING COMM'N, *Measuring Recidivism: The Criminal History Computation Of The Federal Sentencing Guidelines*, at 12 (2004) [hereinafter *Measuring Recidivism*].[1]

As the United States Sentencing Commission has noted, individuals who are in Criminal History Category I are only 13.8 per cent likely to recidivate within two years of release. *Measuring Recidivism* at 6.  Furthermore, individuals at the age of 40 recidivate at far lower rates than those 21 or younger.  Id. at 28.  For example, an individual under the age of 21 is 35.5% likely to recidivate, while an individual the age of 40 is only 19.7% likely to recidivate.  Id at 12, 28.  Within a criminal history category of I, an individual under the age of 21 is likely to recidivate 29.5% of the time, while an individual the age of 40 is likely to recidivate only 12.1% of the time.  Id. at 28.

---

[1] Available at:  http://www.ussc.gov/publicat/Recidivism_General.pdf.

## IV.
### SENTENCING REQUEST

The final Presentence Investigation Report states that Mrs. Zolik's Total Offense Level is 4, with a Criminal History Category of I, after a two-point reduction for acceptance of responsibility, which is in zone A of the United States Sentencing Guidelines.  This offense level corresponds to a term of imprisonment ranging from 0 to 6 months.  Mrs. Zolik and the United States agreed that she would make no arguments seeking a departure from this guideline range. (Plea Agreement at 5)

The defense respectfully requests that this Honorable Court take into account the requirements of 18 U.S.C. § 3553(a) to ensure that the sentence addresses the history and conduct of Mrs. Zolik, as well as to provide just punishment.  The defense respectfully requests that this Honorable Court consider Mrs. Zolik's exemplary military service, her exemplary community service, and her low likelihood of recidivism, and enter the following sentence:

1.  One day confinement, with credit for one day served;

2.  No fine based on the inability to pay a fine; and

3.  One hundred ($100.00) special assessment for each count, which will be paid at sentencing.

## V.
### LETTERS OF SUPPORT

Attached as Exhibit "B" are letters written in support of Mrs. Zolik, submitted by her family and friends.  Mrs. Zolik respectfully requests that this Honorable Court review these letters and consider them when determining her sentence.

## VI.
### SPECIAL ASSESSMENT FEE

A special assessment of $100.00 will be paid at the time of sentencing.   A copy is attached as Exhibit "C."

WHEREFORE, PREMISES CONSIDERED, Defendant, Pauline Zolik, respectfully requests that this Honorable Court consider her Sentencing Memorandum when sentencing her on December 18, 2007.

Respectfully submitted,
McNabb Associates, P.C.


/s/ Douglas C. McNabb
Douglas C. McNabb
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20004
DC Bar No. TX0041
(202) 349-4015
(202) 349-1464 FAX
mcnabb@mcnabbassociates.com

Attorney For Defendant,
Pauline Zolik

### CERTIFICATE OF SERVICE

I, Douglas C. McNabb, do hereby certify that on this the 27th day of November 2007, a true and correct copy of a Defendant's Sentencing Memorandum was filed electronically.

/s/ Douglas C. McNabb
Douglas C. McNabb
Attorney for Defendant,
Pauline Zolik

**EXHIBIT "A"**

**EXHIBIT "B"**

**EXHIBIT "C"**

November 14th 2007
Honorable Judge Sullivan
United States District Court for DC
E Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W
Washington, DC 2001

Dear Judge Sullivan,

My name is Joseph Ha, I have lived in the United States for over 20 years. This year I met an angel of mercy. I say this because this Spring I was introduced to a lady named Pauline Zolik. During a lunch she asked me why I was walking bent over, I explained that I had a deadly kidney disease and as you know the donor list is quite extensive. My wife and I were resolved that sooner or later I would have kidney failure and die. As unbelievable as what I am about to tell you seems, all I can say is that it is totally true. Only knowing this woman for one day, she volunteered to have a test performed to see if we were compatible.

My wife and I left the restaurant and went home not thinking for one minute that we would hear from this lady, although we knew her intentions where honorable at the time. You can imagine the surprise when three days later Pauline Zolik called me and asked me when and where she could get the test done. My wife and I met with her again and thanked her for her thoughtfulness never expecting this person to insist on having the test performed. Well needless to say the test was performed and we were a perfect match. I was in disbelief that a total stranger was willing to do this for me. I went home and prayed about it and praying that this dream would come true never thought it would. How is it possible that a person one just met was willing to go through so much for a total stranger? I asked her the question and this is exactly what she said. To the day I die I will never forget these words, she said " I have two and I only need one so if I can help you then I should". I joked with her and I said to her you are saying this like someone would say "here is a lollipop".

This incredible woman did go through all the grueling tests and in May donated her kidney to me. What can one say about a person like this? She has provided me the opportunity for a new life, one that I feel truly blessed and grateful for. What words can describe a person of this caliber? How can you measure that amount of selflessness? She asked only two things of me and they are:

1. That I keep the donation anonymous which until today I have.
2. That one day we would dance an Irish dance on the beach.

Pauline is one of the most wonderful people I have ever met in my life. To find people like her it is a gift from God. As a devoted Christian man I questioned why God made me sick but I now realize he had a plan and it was on his time schedule. When I heard about her situation, and with the help of my family I had to write this letter. Honestly she did not want anyone to know that she did this for me. I feel it is important that you have a clearer picture into the type of person who is standing before you.

The kind of compassion and generosity this woman possesses is not typical. As a mother of young children she sacrificed a part of herself to give me, a total stranger a new life. Never in my life did I imagine I would meet a person like her. Her compassion is beyond anything I can comprehend!

I humbly request that you give leniency to Pauline during this time and show the same forgiveness, love and compassion she shows and gives to so many. I pray that she gets the Christmas gift she truly deserves. There is not a day that goes by that I am not thankful to the phenomenal person for giving me the gift of life.

With My Deepest Gratitude

Joseph Ha



**DEPARTMENT OF THE ARMY**
ASSISTANT CHIEF OF STAFF FOR INSTALLATION MANAGEMENT
600 ARMY PENTAGON
WASHINGTON, DC 20310-0600

16 November 2007

Honorable Judge Sullivan
United States District Court for DC
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan:

Without any reservation, I provide my highest opinion of the character of Master Sergeant (Ret) Pauline Zolik. I had the opportunity and honor to serve with this outstanding Noncommissioned Officer and her Soldiers during my 3 year assignment as Region Director, Installation Management Agency, and Assistant Division Commander, 2d Infantry Division, in Korea from 2004 to 2007. Throughout my 31 years on active duty I consider MSG Zolik to be among the best of the thousands of soldiers and Senior Noncommissioned Officers I have served with.

She personally led an organization of Soldiers and civilians while flawlessly accomplishing a highly visible, varied, stressful, and frequently no-fail mission. Under her leadership, her Soldiers interfaced with the highest ranking officials in US Forces Korea and members of the Korean government on a daily basis. I personally observed her perform her duties several times a week, and she consistently demonstrated that she truly cared about the welfare of her Soldiers and the quality of their product and performance of duty. I would welcome the opportunity to serve with her again.

Any Soldier, over time, will know if another Soldier or leader is selfless or self-serving. The Army works as a team at every level and the true character of personnel who are not truly committed to the team or self-serving will eventually surface. I believe MSG Zolik was consistently selfless in her service to the United States Army. I would fully promote, endorse and seek her continued service to our Nation due to the quality of her character, her desire to excel and her natural leadership abilities. I believe the high quality of her character is easily endorsed for any position or rank in or out of the US Army.

Again, I have served with thousands of Soldiers over the years and have had the honor to command Soldiers at every level from Lieutenant to Brigadier General. I have seen many Soldiers make mistakes and when given the opportunity to recover, do so. As a Commanding Officer, I have had to determined guilt or innocence and the appropriate disciplinary action for violations of the US Armed Services' Uniformed Code of Justice on numerous Soldiers throughout my Army career. I appreciate that in your capacity, all matters of mitigation and extenuation are being considered as you determine a sentence in MSG (Ret) Zolik's case. I implore you to consider this Soldier's outstanding contributions in the service of her Country in your deliberations.

I am available to any questions and provide any information on MSG Zolik's quality of Service. I can be reached at (703) 604-2475.

Sincerely,

H.T. Landwermeyer, Jr.
Brigadier General, U.S. Army
Director, Operations

Printed on Recycled Paper

Honorable Judge Sullivan
United States District Court for DC
E Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W
Washington, DC 2001


Case #

To the Honorable Judge Sullivan,

It has been said that honorably citizens build their lives upon principles.  Although I have known Mrs. Pauline Zolik for two years as her Commanding Officer of the 41st Signal Battalion, Korea, I am well aware of the principles on which she's built her life:  hard work, courage, and integrity.

Pauline Zolik served as my senior Noncommissioned Officer in charge of the Army Audio and Multimedia Division, Yongsan, Korea from May 2004 until my departure in June 2006. Admirably retiring after twenty years of service, she was a dedicated professional whose military conduct and bearing were simply outstanding.  Pauline continuously demonstrated the Army seven values in her performance – honor, personal courage, duty, respect—which are the standards for all soldiers to emulate.  Her concerns, involvement and consideration for soldiers within her section and others contributed immensely to the sustained high morale within the overall unit.

Known for her courage and strong conviction to do what's right, Pauline was frequently called upon by subordinates and peers alike for advice in professional and personal matters.  She continuously served as a model leader, actively participating in several community civic activities to include Big Sister Tutoring Program for Teens and local Korean Orphanages. Pauline was highly respected throughout the command.

Pauline continually exhibited the highest standards of loyalty, integrity and personal behavior. She is a highly ambitious individual who posses a positive attitude to serving in any capacity. Pauline's honesty and integrity, coupled with her sterling professional competence and leadership ability, generate immediate confidence from her superiors and subordinates.

It is these attributes that demonstrates Pauline's exceptional character.

Kevin D. Foster
LTC, USA

September 19th, 2007

Honorable Judge Sullivan

United States District Court for DC

E Barrett Prettyman United States Courthouse

333 Constitution Avenue, N.W

Washington, DC 2001

Honorable Judge Sullivan,

My name is Command Sergeant Major Carolyn Houston, I am the Battalion Command Sergeant Major for the 41st Signal Battalion in Korea. MSG Pauline Zolik was under my charge for the past two years. During this time I have known her to be a person of the highest integrity, moral courage and professionalism. During my tenure I have witnessed the compassion and consideration MSG Zolik implements into her daily life.

MSG Zolik is a stellar soldier, a strong leader one that is respected by both seniors and subordinates alike. She was instrumental in the implementation of an orphanage sponsorship program where she and her soldiers would collect throughout the community and take to the orphans. She was active in the big sister program assisting trouble youths and encouraging them to finish school.

MSG Zolik has the highest moral character; she is an inspirational person who always stands up for what is right and has in no way diminished the responsibility of her actions. As I lead soldiers I always think of the statement made by Mahatma Gandhi and at this time could find no better situation where it is more applicable *"Freedom is not worth having without the freedom to make mistakes."*

Carolyn D. Houston
CSM, USA
Command Sergeant Major

Honorable Judge Sullivan
United States District Court for DC
E Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W
Washington, DC 2001

Dear Judge Sullivan,

My name is Hana Zolik, and I am the adoptive daughter of Pauline Zolik. I want you to know how special my mom is.  When I was thirteen, my Korean mom got really sick and could not take care if me anymore.  My mom was worried that if she died I would have no one to take care of me because I did not have a dad.  No one in Korea wants a teenage girl to take care of.  I cried because I was afraid all the time.  Then one day an American woman came to the place I was staying and asked me if I would like to come and stay with her. I was really afraid, I did not speak English, I had never seen an American up close before but the people in my church told me I should go and see if I would like it.

That was over six years ago.  Today I am a pre-med student at University of South Florida; I am going to become something because my mom took me from the streets of Korea and gave me a loving caring home and family.  My mom would get very little sleep because she would spend hours every night teaching me English and helping me do homework.  She would always tell me how special I was and she gave me the confidence to want become a dentist.

I really love my mom and want you to know that she is so very special.  She is the most caring and loving person you will ever meet.  If she has something and someone needs it she will give it to them.  Without her I do not know what my life would be like, I might be living on the streets or even dead.  There is no one in the world I respect more than my mom.  She works so hard to give me and my brothers the things we need.  When everyone is resting she is the person that is doing laundry or cleaning house.  I often look at her and wonder how she can do so much for us kids and then do so much for others.

I admire her strength and her inner beauty.  I wanted to come to court and tell you everything about my mom but she would not let me.  I just want you to know she is so very special and my brothers and I need her so much.  You will never in your life meet a person that gives so much to others, her kindness is something that everyone who meets her talks about.  Please know she is a really good person who is needed and loved by so many.

Sincerely,

Hana Zolik

September 11th 2007

Honorable Judge Sullivan

United States District Court for DC

E. Barrett Prettyman United States Courthouse

333 Constitution Avenue, N.W.

Washington, DC 2001

Dear Judge Sullivan,

I am writing this character reference on behalf of Pauline Zolik. I have known Pauline Zolik for over 14 years and I can say with no reservation that she is one of the most honest, thoughtful and compassionate people I have ever met. I have worked with her for a total of 10 years and during this time I have witness her generosity and concern for others. She is a person with overwhelming devotion regardless of personal hardship. I have witness her giving to the orphans in Korea. Also, I have witness her give hours of love to babies with AIDs when she worked in the Pentagon.

In one's life you meet so few good people, but I will say without hesitation that she is one of the most phenomenal women you will ever meet. I have seen her fairness and honestly with her troops, I have witnessed the high standards of her integrity, attentiveness and concern for others. There is not one person in the whole world that I trust more than her. Quite frankly, Pauline is a person who by far gives more than she will ever receive.

There is absolutely no question that Pauline Zolik is a remarkable person, one with high moral fiber and integrity. To date she is the best Noncommissioned Officers in the United States Army I have served with. Pauline was respected and loved. She earned that respect and love because she gave so much to others; always putting her soldier's needs above her own.

As a soldier serving my country I request that you look at Pauline Zolik for who she is: an astonishing person who gladly places others needs above her own. I could tell you countless instances but frankly it would take too long. Please consider my comments as a testament to who she is.

The point of contact for this letter is the undersigned at (910) 818-4206, email: quentin.turner@us.army.mil.

Sincerely,

Quentin Turner, SFC, U.S. Army



**DEPARTMENT OF DEFENSE**
Defense Information School
6500 Mapes Road
Fort George G. Meade, MD 20755-5620

September 20th 2007

Honorable Judge Sullivan
United States District Court for DC
E Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W
Washington, DC 2001

Honorable Judge Sullivan,

My name is Giselle Allen, I have known MSG Pauline Zolik for several years and can honestly confirm that she is a person of great integrity and is extremely dedicated to those with whom she serves. MSG Zolik has helped me personally on numerous occasions. While serving with her in Korea my family home burnt down and left my siblings homeless. She immediately provided the necessary and immediate assistance required to make sure my family had a place to live.

As a single mother she assisted me in caring for my child in many different situations. She is the most kind and charitable person I have ever met. She is an individual who will never turn her back on someone in need, her generosity and compassion is infinite and she is someone whom I admire and respect. MSG Zolik has always put the needs of others above her own.

Pauline Zolik is a totally unselfish person; a person who assists others and inspires others to do the same. She is also an inspirational leader; as I lead my soldiers today I try to emulate her. No words can really describe a person of this caliber, she is astonishing. To have witnessed the pain she has experiencing breaks my heart and I can only say that a person such as her should never be allowed to suffer. Without doubt Pauline Zolik is the epitome of empathy, bigheartedness and integrity. I can be reached at (347) 907-1908 or email: giselle_allen@yahoo.com.

Sincerely,

Giselle Allen, SSG, U.S. Army

September 9th 2007

Honorable Judge Sullivan
United States District Court for DC
E Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W
Washington, DC 2001


Dear Judge Sullivan,

My name is Emily Russell and I am Pauline Zoliks' mother. I am writing this letter to describe the character of my daughter. She left home right after high school and married young. It was an abusive marriage and my daughter joined the United States Army to get out of it. However, my daughter is a person who when commits feels obligated to follow through. She stayed in this abusive relationship for several years, trying to save her husband and punishing herself for not being able to do it. Pauline is the type of person who has difficulty saying no and is constantly trying to save the world.

She is a very special woman; she is a great mother to her children and has always worked two and three jobs to give them everything she never had. My daughter is extremely honest and exceedingly caring and helpful to the point she often over extends herself. She is compassionate and believes with all her heart that all people are basically good and always looks for the good.

Three years ago I was diagnosed with cancer of the throat. We live in Ireland and my daughter has been gone for twenty years in the military. It is important to me to have time with her and it has been agonizing to see my vibrant daughter go through all this pain this past year and a half. It has been difficult to see such a truly compassionate and articulate woman suffer and be terrified the way she has been.

It pains me to see her devastated the way she is because no one believes in doing the right thing more than her. I am her mother and I love her dearly, please do not take her away from me in my last years. Please see the wonderful person we do and show leniency during this difficult time.


Sincerely,

Emily Russell

November 11th, 2007

Honorable Judge Sullivan

United States District Court for DC

E Barrett Prettyman United States Courthouse

333 Constitution Avenue, N.W

Washington, DC 2001

Dear Judge Sullivan,

My name is Leland Lewis and I am eighteen year old African Asian male. When I was fourteen and living in Korea with my father who worked for the government, my father had a heart attack and died instantly. He left my mother who has limited English and me alone and with no money. Mrs. Zolik who worked for my father immediately stepped in, she made all the funeral arrangements, and paid for my mother and me to go back and bury my father in the United States.

It took a long time for money to come, Mrs. Zolik gave us the money so we could get an apartment and ensured we had food to eat. She even made sure I had gifts at Christmas and a place to eat meals. It is because of her that we survived! Things did not stop there two years later when I got into trouble it was her that went to the Area Commander and pleaded to let me stay on the military base. This could only happen if I was supervised. She gave up hours and hours of her time to let me play basketball or go to the movies.

When it was time for me to graduate it was Mrs. Zolik who once again helped me write scholarship letters and helped me get the money to go to Liberty University where I am studying Family and Child Care Development. I want you to know that it is because of her help that I am where I am even though I tried to stray. It was her that guided me and helped me because the Christian man I am today. She is one of the most wonderful, caring and giving human beings you will ever meet. I know that she cares more about people than anyone you will ever meet. Please during this time have mercy on her as she has had with so many others. I could tell you of numerous people that she has helped and she expects nothing in return, she always says "pass it along". I have met no one who gives as freely of her time and kindness. She truly is a good and genuinely honest and kind person.

In closing I would like to say that she is like a mother to me please forgive her and know that so many of us really need and depend on her for strength and guidance. My mother stayed in Korea and this is my first year in America; please know we really need her.

Respectfully,

I can be contacted at-    Tel: 434-548-5510    Email: Leland_Lewis23@hotmail.com

Honorable Judge Sullivan
United States District Court for DC
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W
Washington, DC 2001

26 October 2007

To the Honorable Judge Sullivan,
It is with great pleasure and Honor that I attest to the Character of MSG Pauline T. Zolik. I have
known her for quite some time, which I have received great, and wonderful guidance, loyalty and
leadership.

It is very hard to write this letter without being emotional and welled up with the pain of standing
by and watching her go through this ordeal; I have never seen anyone work at a greater capacity
of professionalism than she, since my experience with her, not only is a person taught from the
level of professor to pupil, but she pulls out your weaknesses and gives you strength in what you
do for a positive attitude and outcome, she teaches you self worth and discipline, something the
military is loosing, she instills that in everyone she comes in contact with on a daily basis. This is
coming from someone who remembers family members in the service during the seventies until
now and the insurmountable discipline one exuded. MSG Zolik was always about taking care of
families keeping her unit together as a family as well as making sure our home lives were just as
tight, which she went through great lengths and much self sacrifice to make this happen for many
of us. Her military values are with stern decision making and careful thought she has always
done the right thing by all of the people she encountered as well as her immediate responsibility.
MSG Zolik never excepting anything less than your absolute best, using tough love and patience
and caring.

I have never seen anyone better at using their formal education obtained while serving in the
military as a means to train and keep order. I happen to know that her name rings bells
throughout the military as being a hard NCO with tough values, something the kinder and gentler
military is lacking, as I observe the unruly undisciplined Soldiers since my arrival in to the
Republic of Korea, I have noticed this behavior is not tolerated in MSG Zolik's unit, not only is
there good military values being learned under her leadership, but a sense of family and love at
the same time she trains hard, but she also loves and rewards equally as hard and I do mean a
special kind of love for each and everyone of her Soldiers in her unit with no pun intended, she
goes through great lengths to protect all of us from interference with our missions and our
teachings of military values.

MSG Zolik has always displayed a high degree of integrity, responsibility, and ambition. She is
definitely a leader rather than a follower and can definitely read people and their intentions. In
addition to her accomplishments, she has proven her leadership ability by turning out leaders
who are at the competence levels of her expectation; I was placed in a leadership position day
one into the Republic of Korea just because she recognized my maturity, age and education, not
to mention my life's experience as a factor. I watched her make similar decisions and many other
areas and always come right out on top with knowing people and how they operate. In doing this
I have gone through great lengths to prove my self worthy of the job and have been

complimented by many for doing a good job from all units and worked hard not to let MSG Zolik down because I wanted to give her no less than what she gives us, 200%. I tell them all that it started with my Chain of Command and the leadership.

She is also a most dependable person, her good judgment and mature outlook ensure a logical and practical approach to her role in the military.

MSG Zolik would be an asset to any organization within the government, and I am happy to give her my testament and wholehearted endorsement. I have learned that what makes good leaders is the ability to love your followers and she is certainly the type of leader that I would gladly lay my life down to protect. It is that old camaraderie that existed a long time ago that you hear about in Vietnam stories, where one person laid on a grenade to protect their unit. The way she leads makes you have that emotional connection with your brother in arms, which is the something the Army is slowly loosing today.

CPL Terri V. Donald
501st Signal Company
Unit 15216 Box 83
APO, AP 96271
E-Mail: terri.v.donald@korea.army.mil



**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, US ARMY GARRISON-YONGSAN
UNIT #15333
APO AP 96205-5333

Honorable Judge Sullivan
United States District Court for DC
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W
Washington, DC 2001

September 15th 2007

To the Honorable Judge Sullivan,

I am writing this character reference for MSG Pauline Zolik. I have known her for several years, first as a peer and later as her supervisor. Without any doubts or hesitation I can attest that she is an individual of impeccable character with high standards of integrity and compassion.

Her compassion became apparent to me on numerous occasions during her time in Korea. From her charity work with orphans to her numerous hours of helping students on the verge of dropping out of high school, she was always the first in line to help others. She spent countless hours encouraging, mentoring and tutoring several young adults through their high school graduation. She not only helped provide them the necessary knowledge to graduate but also to succeed in life.

As a soldier she was exceptional; a standard bearer who lived and enforced the Army Values. Soldiers, senior leaders and civilians respected and admired her. She never missed an opportunity to mentor young Soldiers and officers to consistently strive to be the best, maintain the standards she set and live and enforce the Army Values. MSG Zolik is a very giving and trusting individual — sometimes to a fault. I am honored to know her and would welcome her into my employment at any time; she is hardworking, conscientious and honest; a true asset to any organization or community.

Sir, I could continue to espouse many superlatives about MSG Zolik and they would all be true. However, for brevity I will close with this. As a retired Soldier and now a Department of the Army Civilian, whether in a foxhole or business meeting there isn't anyone I would rather have by my side than MSG Pauline Zolik.

I humbly request that you consider this reference and her service as a Soldier for this great country before making a ruling.

Mr. Douglas A. Mitchell
Chief, Multimedia / Visual Information Support Center
& Visual Information Manager - Korea Region
GS-12/Department of the Army Civilian
Office: 011-822-7914-5046      Home: (865) 285-7915
E-mail: douglas.a.mitchell@us.army.mil

