UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 06-320-01 |
| PAULINE T. ZOLIK, | : The Honorable Emmet G. Sullivan |
| Defendant. | : |

## NOTICE OF APPEARANCE

COMES NOW the United States of America by and through its undersigned counsel and hereby moves the Court to enter the appearance of Peter Koski as counsel for the government in the above-captioned matter. Accordingly, the government asks the Court to designate Peter Koski—along with Trial Attorneys John Pearson and Michael Ferrara, who have already entered their appearance—as lead counsel and attorneys to be noticed for the government.

Dated: December 10, 2007

Respectfully submitted,

WILLIAM M. WELCH II,
Chief, Public Integrity Section

_/s/ Peter Koski_____
PETER KOSKI, California Bar No. 241960
Trial Attorney
Public Integrity Section
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Washington, DC 20005

Mailing Address:
10th St., NW & Constitution Ave., NW
Washington, DC 20530

(202) 307-3589 – direct number
(202) 514-3003 – facsimile
E-mail: peter.koski@usdoj.gov