UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 06-CR-320 |
| PAULINE ZOLIK | § | |

**DEFENDANT'S MOTION TO TRAVEL**

TO THE HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Pauline Zolik, Defendant, and respectfully files her Motion to Travel.

**I.**

On December 18, 2007, Mrs. Zolik appeared before this Honorable Court for sentencing, having previously entered a guilty plea to a one-count Criminal Information that charged her with violating 18 U.S.C. § 1001. This Honorable Court sentenced Mrs. Zolik to one (1) year probation, 150 hours of community service, and a $1,000 fine.

**II.**

Counsel's office has spoken with United States Probation Officer Mr. Hartgrave and he gave no position on this motion, deferring instead to the Court.

**III.**

Mrs. Zolik has paid the fine in this case as well as exceeded the 150 hours of community service that this Honorable Court ordered.

**IV.**

Mrs. Zolik has complied with all terms and conditions of her supervision and has posed no problems. This Honorable Court granted Mrs. Zolik the ability "to travel internationally for legitimate employment purposes and to visit her mother in Ireland while on probation supervision" (Judgment pg. 3). From June 18, 2008 to July 10, 2008, Mrs. Zolik will be traveling to Belfast, Ireland. Through this Motion, Mrs. Zolik is seeking additional permission from this Honorable Court to travel to Oxford, England, from Belfast, Ireland, to attend her sister's wedding on July 3, 2008; Mrs. Zolik would return to Ireland the following day, July 4, 2008. Should this Honorable Court allow Mrs. Zolik to travel to Oxford, she will timely provide all necessary contact information to her probation officer.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant Pauline Zolik prays that this Honorable Court will grant her Motion to Travel, and allow her to travel to Oxford, UK to attend her sister's wedding.

Respectfully submitted,
McNabb Associates, P.C.

/s/ Douglas C. McNabb
Douglas C. McNabb
JP Morgan Chase Tower
600 Travis St., Suite 7070
Houston, TX 77002
(202) 349-4015
(202) 349-1464 FAX

Attorney for Defendant,
Pauline Zolik

**CERTIFICATE OF SERVICE**

    I, Douglas C. McNabb, hereby certify that on this the 3rd day of April, 2008, a true and correct copy of Defendant's Motion to Travel was filed electronically.

                                              /s/ Douglas C. McNabb
                                              Douglas C. McNabb
                                              Attorney for Defendant,
                                              Pauline Zolik

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 06-CR-320 |
| PAULINE ZOLIK | § | |

**ORDER ON <u>DEFENDANT'S MOTION TO TRAVEL</u>**

On this date Defendant's Motion to Travel was heard, and the Court having found that such motion should be GRANTED, it is hereby

ORDERED that Defendant may travel to Oxford, England on July 3, 2008, and return to Belfast, Ireland on July 4, 2008, to attend her sister's wedding.

SIGNED on this _____ day of April, 2008.

_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE