UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 06-CR-320 |
| PAULINE ZOLIK | § | |

### MOTION TO AMEND COURT'S ORDER GRANTING PERMISSION TO TRAVEL

TO THE HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Pauline Zolik, Defendant, and respectfully files a Motion To Amend Court's Order Granting Permission To Travel.

### I.

On April 8, 2008, this Honorable Court granted Defendant's motion to allow her to travel to Oxford, UK on July 3, 2008 and return to Belfast, Ireland on July 4, 2008.

This motion is for the purpose of requesting the Court to amend its prior Order and to allow Defendant to travel to Oxford, UK on August 3, 2008 and return to Belfast, Ireland on August 4, 2008.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Pauline Zolik prays that this Honorable Court will grant her Motion To Amend Court's Order Granting Permission To Travel, and allow her to travel to Oxford, UK to attend her sister's wedding.

Respectfully submitted,
McNabb Associates, P.C.


/s/ Douglas C. McNabb
Douglas C. McNabb
1455 Pennsylvania Ave., Ste 400
Washington, DC 20004
(202) 349-4015
(202) 349-1464 FAX

Attorney for Defendant,
Pauline Zolik


### CERTIFICATE OF SERVICE

I, Douglas C. McNabb, hereby certify that on this the 21st day of April, 2008, a true and correct copy a Motion To Amend Court's Order Granting Permission To Travel was filed electronically.


/s/ Douglas C. McNabb
Douglas C. McNabb
Attorney for Defendant,
Pauline Zolik

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | CASE NO. 06-CR-320 |
| PAULINE ZOLIK | § | |

**ORDER ON <u>DEFENDANT'S AMENDED MOTION TO TRAVEL</u>**

On this date a Motion To Amend Court's Order Granting Permission To Travel was heard, and the Court having found that such motion should be GRANTED, it is hereby

ORDERED that Defendant may travel to Oxford, England on August 3, 2008, and return to Belfast, Ireland on August 4, 2008, to attend her sister's wedding.

SIGNED on this _____ day of April, 2008.

_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE